IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD H. LOWRANCE                                   PLAINTIFF

v.                  Civil No. 04-2282

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                   DEFENDANT

## **JUDGMENT**

On this 6th day of October, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Laura McKinnon, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $3,431.40 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                        /s/Bobby E. Shepherd
                                                     Honorable Bobby E. Shepherd
                                                     United States Magistrate Judge